IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BILL B. BRADY,)
)
Plaintiff,) Civil No. 6:12-CV-00381-TC
)
v.) FINDINGS AND
) RECOMMENDATION
BRAD FRYMAN, et al.,)
)
)
)
)
Defendants.)

COFFIN, Magistrate Judge:

Pro se plaintiff's complaint in this action was dismissed for lack of jurisdiction and failure to state a claim. Plaintiff was allowed 30 days to file an amended complaint and was cautioned that a failure to do so would result in the dismissal of this action for failure to prosecute.

Plaintiff has not filed an amended complaint and the time to do so has expired. As such, this action should be dismissed for failure to prosecute and for failure to comply with a court order. The five

factors for dismissal discussed in <u>Malone v. United States Postal Service</u>, 833 F.2d 128 (9th Cir. 1987) have been weighed and indicate that dismissal is proper.

DATED this _20_ day of April, 2012.

_____
THOMAS M. COFFIN
United States Magistrate Judge

2 - FINDINGS AND RECOMMENDATION